**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
(Convicted Montana Prisoners Only)

**In the United States District Court for the District of Montana**

_____ Division
(Please see Instruction 6.)

NOV 21 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

| Name of Petitioner: Ricardo Miguel Cintas | vs. | Name of Respondent (Warden or Supervising Officer): Missoula Probation & Parole Jeremy Lizotte and the Attorney General of the State of Montana |
|---|---|---|
| Prisoner No.: 1318 | Place of Confinement: Missoula Probation & Parole | (Clerk Use Only): |

*Instructions – Read Carefully*

1. Use this form if you challenge the fact or duration of your custody under the authority of the State of Montana. Even if you believe 28 U.S.C. § 2254 does not apply, please use this form and answer its questions.

2. Your petition must be legibly handwritten or typed. You must tell the truth and sign the form. You may be prosecuted for perjury and/or one or more claims may be dismissed if you falsely state a material fact. *Answer all the questions.* You are not necessarily required to answer "yes" to all questions in order to proceed.

3. Use additional pages if necessary to state grounds for relief and/or facts you rely on to support relief. No brief or authorities need be furnished. If you choose to file a brief, please file it with your petition, but make it a separate document.

4. The filing fee is $5.00. If you cannot afford it, you may move to proceed in forma pauperis. Even if the motion is granted, you must pre-pay for copies of documents you request from the Clerk.

5. You must set forth all grounds for relief you want the Judge to review and facts supporting your grounds for relief. You will likely be barred from presenting different grounds at a later date. Generally, you must exhaust available state court remedies as to each ground before you request action by the federal court. The one-year federal statute of limitations is tolled while you are challenging the judgment underlying this petition in *state* court, provided you comply with state procedural law and rules. *See* 28 U.S.C. § 2244(b), (d).

6. You are **not** required to serve this petition on the State. Mail the *original* petition to the Court with either the $5.00 filing fee or a motion to proceed in forma pauperis. Keep a copy for your files. If you challenge a decision of the Parole Board, file in the Helena Division. Otherwise, file where you were convicted:

<u>Billings Division</u>: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
U.S. District Court Clerk, 2601 2nd Ave. North, Suite 1200, Billings, MT 59101

<u>Butte Division</u>: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701

<u>Great Falls Division</u>: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404

<u>Helena Division</u>: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste. 2100, Helena, MT 59626

<u>Missoula Division</u>: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, Sanders*
U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807

## PETITION

1. Name of the state district court that entered the judgment you challenge and state district court case number: Montana Fourth Judicial Court

2. Date written judgment was entered or, if unknown, sentencing date: July 3, 2018

Petitioner's Last Name Cintas

*Petition for Writ of Habeas Corpus*
*Page 2 of 8*

3. What were you convicted of, or on what grounds was your probation revoked?

Felony Theft, False claims to public asyche

4. What sentence was imposed?

3 yrs deferred & 3 yrs deferred concurrent

5. What was your plea?

   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere or *Alford* ☐

   If you pleaded guilty or entered a nolo contendere or *Alford* plea on all counts, or if you entered such a plea on one or more counts and all other counts were dismissed, please go to Question Number 6. If you entered a guilty plea to one or more counts, and maintained a not guilty plea on another count, please state your plea on each count:

6. Did you appeal your conviction or sentence to the Montana Supreme Court?

   Yes ☐   →*Case Number and Date of Result:*
   No ☒

7. Did you apply for relief to the Sentence Review Division?

   Yes ☐   →*Case Number and Date of Result:*
   No ☒

8. Did you file a petition for certiorari in the United States Supreme Court?

   Yes ☐   →*Case Number and Date of Result:*
   No ☒

9. Did you file in <u>state district court</u> a petition for postconviction relief?

   Yes ☐   →*Case Number and Date of Filing:*

   No ☒

10. Did you appeal the denial of any postconviction petition?

   Yes ☐   →*Case Number and Date of Result:*
   No ☒

11. If you did not appeal the denial of any postconviction petition, explain briefly why you did not: was Not aware of and appeal Process

12. Have you filed in the <u>Montana Supreme Court</u> a petition for writ of habeas corpus?

   Yes ☐   →*Case Number and Date of Result:*
   No ☒

13. State each ground on which you claim that you are being held unlawfully (*e.g.*, Ground One: Confrontation Clause violation). Briefly summarize the facts supporting each ground and answer the questions following:

   A. Ground One: My discharge Date was July 3, 2021
      (i) Supporting Facts: My release wasn't until Oct 05 2022. I have attached the Sentencing Indent for my sentencing from July 3, 2018

   (ii) Did you raise this issue in the Montana Supreme Court?

   Direct Appeal                ☐
   Postconviction Appeal        ☐
   Other: Sent my Habeas Corpus ☒

Petitioner's Last Name Cinters

*Petition for Writ of Habeas Corpus*
*Page 4 of 8*

If so, what did the Montana Supreme Court decide? Check one or both:

N/A

Dismissed issue on procedural grounds ☐
Denied issue for lack of merit ☐

*Please provide the case number and date of result:*

(iii) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☐
No ☐

(iv) If you did not raise the claim before the Montana Supreme Court, explain briefly why not: I was told there was no claim process until Now

B. Ground Two: I was Never revoked or nosentancd

(i) Supporting Facts: during my 3yrs of supervition I have attacted my Scrtevent Judmt. If needed contact missoula probation & parole for my discharge paperwork.

(ii) Did you raise this issue in the Montana Supreme Court?

Direct Appeal ☐
Postconviction Appeal ☐
Other: _____ ☐

If so, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☐
Denied issue for lack of merit ☐

*Please provide the case number and date of result:*

(iii) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☐
No  ☐

(iv) If you did not raise the claim before the Montana Supreme Court, explain briefly why not: I was Not aware of a Claim Process until Now

*If you have additional grounds for relief, please attach extra pages.
Set forth five subparagraphs for each additional ground for relief
and answer questions (i) thru (v) above for each ground.*

14. Do you have an action or appeal now pending in any court, state or federal, regarding the judgment or decision you challenge in this Petition?

Yes ☐ →*Case Number and Date of Filing:*
         *Name of Court:*
No ☒

If Yes, what issues do you raise in that case?

15. Give the name of the attorney who represented you in the following stages:

(a) At change of plea hearing or at trial (whichever is applicable):
Jeff Wilson of Missoula OPD

(b) At sentencing: Jeff Wilson Missoula OPD

Petitioner's Last Name Cintas

*Petition for Writ of Habeas Corpus
Page 6 of 8*

(c)   On appeal:

(d)   In any post-conviction proceeding in state district court:
Self-Represented ☐

(e)   On appeal from any adverse ruling in a post-conviction proceeding:
Self-Represented ☐

(f)   In any state habeas proceeding:
Self-Represented ☐

16. Would you like appointed counsel to assist you in this proceeding?

Yes ☐
No ☐

17. Petitioner asks the Court to grant the following relief:

*Relief of the amount owed for each day Missoula Probation's parole kept me past my Discharge date. Any and all compensation for everyday I was kept past my discharge date*

and/or any other relief to which Petitioner may be entitled.

_____
Signature of Petitioner's Attorney (if any)

### Petitioner's Declaration

A.   I am the Petitioner in this case.  I understand the submission of a false statement or false answer to any question may subject me to penalties for perjury.  I declare under penalty of perjury that I have read this Petition, and the information I have set forth is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

B.   I will keep the Court informed of my current mailing address.  I understand that failure to do so may result in dismissal of my case without actual notice to me.

Petitioner's Last Name _Cintas_____

C.  *Incarcerated Prisoners Only:* This Petition was deposited in the prison system for legal mail on:

the 13 day of November, 2024.

_____
Petitioner's Signature

11-13-24
Date Signed